UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPLEH PRODUCE, LLC,  Plaintiff,  v.  JESUS A. CABANILLAS,  Defendant. | No. 2:22-cv-2185 TLN DB  ORDER |

On March 31, 2023, this matter came before the undersigned for hearing of plaintiff's motion for default judgment. Attorney Craig Stokes appeared via Zoom on behalf of plaintiff. No appearance was made by, or on behalf of, the defendant.

At the hearing, plaintiff's counsel stated that the defendant had communicated with plaintiff's counsel sometime around January of 2023. Based on that representation the undersigned was concerned that the defendant may intend to defend this action but was unaware of these proceedings. Accordingly, the undersigned continued the hearing of plaintiff's motion for default judgment to May 12, 2023. However, review of the docket finds that plaintiff served defendant with notice of the motion and the March 31, 2023 hearing. (ECF No. 14-1.)

////

////

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The May 12, 2023 hearing of plaintiff's motion for default judgment is vacated; and
2. Plaintiff's motion for default judgment (ECF No. 8) is submitted.

Dated: April 3, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/tripleh2185.oah.033123