UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPLEH PRODUCE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS A. CABANILLAS,<br><br>　　　　Defendant. | No. 2:22-cv-2185-TLN-DB<br><br>**ORDER** |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19). On July 27, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The time for filing objections expired, and Plaintiff did not file objections to the findings and recommendations.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 27, 2023 (ECF No. 17) are ADOPTED IN FULL;
2. Plaintiff's January 24, 2023 motion for default judgment (ECF No. 8) is GRANTED;
3. Judgment is entered against Defendant Jesus A. Cabanillas;
4. Plaintiff is awarded $46,866.10 for unpaid produce, pre-judgment interest, attorney's fees, and costs;
5. Plaintiff is awarded post-judgment interest pursuant to 28 U.S.C. § 1961; and
6. This Clerk of Court is directed to close this case.

DATE: September 1, 2023

Troy L. Nunley
United States District Judge